# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-2858

_____

JOSIAH BETHEL,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Terry Lewis, Judge.

May 7, 2018

PER CURIAM.

    AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Jerome Titus, Assistant Conflict Counsel, Office of Regional Conflict Counsel, Tallahassee, for Appellant; Josiah Bethel, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.